UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3-18-CR-00197 CRB (RMI) |
| Plaintiff, | [PROPOSED] DETENTION ORDER |
| v. | |
| JESSE JAMES MARQUEZ, | |
| Defendant. | |

On May 10, 2018, defendant Jesse James Marquez was charged by indictment with one count of theft of firearms from the premises of a licensed firearms dealer in violation of Title 18, United States Code section 922(u) and one count of possessing, receiving, concealing, selling or otherwise disposing of stolen firearms in violation of Title 18, United States Code, Section 922(j).

Following defendant's arrest on July 16, 2018, this matter came before the Court on July 18, 2018, for a detention hearing. The Court conducted the detention hearing by videoconference. Defendant Marquez was present in person in the courtroom in Eureka. He was represented by Grace DiLaura of the Federal Public Defender's Office. Assistant United States Attorney Jonathan Lee appeared for the government. Both Ms. DiLaura and Mr. Lee were in San Francisco appearing by videoconference. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

DETENTION ORDER
NO. 3-18-CR-00197 CRB (RMI)

the record, the Court finds that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person or the community. Accordingly, the defendant is ordered detained pending further hearing in this Court, which the Court set for August 6, 2018 at 2:00 p.m. by videoconference. The Court also indicated that if defendant's counsel seeks to have an earlier hearing before the duty magistrate in San Francisco, that would be acceptable and if so, counsel should contact the Court's courtroom deputy to make the necessary arrangements. The Court also ordered a full bail study by Pretrial Services be performed as soon as practicable.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following finding as the basis for its conclusion that no condition or combination of conditions will reasonably assure the safety of any other person or the community: The nature and circumstances of the offenses charged and the weight of the evidence support the findings in this Order. In particular, the Court bases its Order on the number of stolen firearms still unaccounted for and the proffer of the government regarding the trafficking of stolen firearms by the defendant. Moreover, the Court finds that defendant is a risk of flight due to his continuous moving around since the date of the offense and the record of his lack of ties to this District. The Court also bases its Order on the government's proffer regarding statements made to law enforcement officers by the Defendant as referenced in the hearing.

The Court therefore concludes that no condition or combination of conditions will reasonably assure the safety of any other person or the community. The Court will consider these issues again at the August 6, 2018 hearing.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT SO ORDERED.

DATED: July 19, 2018

_____
HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge

DETENTION ORDER
NO. 3-18-CR-00197 CRB (RMI)